**Order entered July 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00346-CV

### IN THE INTEREST OF A.T., A CHILD, Appellant

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-07-22153

## ORDER

Before the Court is the State of Texas and the Department of Family and Protective Services' (the "Department") July 25, 2019 Motion for Extension of Time and to Accept Contemporaneously-Tendered Response Brief. We **GRANT** the motion and **ORDER** the Department's Response Brief filed as of the date of this order.

/s/     DAVID J. SCHENCK
           PRESIDING JUSTICE